**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**YURIOR ANDRES GARCIA MONTERO,** )
)
**Petitioner,** )
)
**v.** ) **Case No. CIV-26-2080-G**
)
**MARKWAYNE MULLIN, et al.,** )
)
**Respondents.** )

**ORDER**

Now before the Court is pro se Petitioner Yunior Andre Garcia Montero's Motion (Doc. No. 5), requesting that the Court dismiss this habeas corpus action.

Because no opposing party has served either an answer or a motion for summary judgment, the Court construes Petitioner's Motion as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. *See Deutsch v. Gallegos*, 98 F. App'x 723, 724-25 (10th Cir. 2004); Fed. R. Civ. P. 41(a)(1)(A)(i), 81(a)(4).

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice effective August 21, 2026.

IT IS SO ORDERED this 28th day of August, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge